## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| Cornerstone Enterprises of Greenwood, Inc., | ) ) | Case No. 17-03127-hb |
| | ) | |
| Debtor. | ) | |
| | ) | |
| John K. Fort, Trustee, | ) ) | |
| | ) | Adversary No.: 18-80066-hb |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| USAA Savings Bank, | ) | |
| | ) | |
| Defendant. | ) ) | |

### AFFIDAVIT OF NO OBJECTION

The undersigned hereby certifies to the Court that to the best of his knowledge, no one has filed and served an objection to the Notice of Compromise and Settlement and Motion for Approval of Settlement with USAA Savings Bank filed by Roe Cassidy Coates & Price, P.A. on March 11, 2019, and that the deadline for filing such objections has passed.

SWORN TO AND SUBSCRIBED
before me this the 5th
day of April, 2019

_____ (LS)
Notary Public for South Carolina
My Commission Expires:

Lauren Alewine
NOTARY PUBLIC
State of South Carolina
My Commission Expires
October 8, 2023

ROE CASSIDY COATES & PRICE, P.A.

BY: _____
Joshua J. Hudson, Fed ID No. 11620
*Attorney for Trustee*
Post Office Box 10529
Greenville, SC 29603
(864) 349-2600
jhudson@roecassidy.com